# United States District Court

### for

## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Shannon Wilson          Case Number: 3:10-00079

Name of Judicial Officer: The Honorable Todd J. Campbell, Chief U. S. District Judge

Date of Original Sentence: July 25, 2011

Original Offense: 18 U.S.C. § 922 (g)(1) Convicted Felon in Possession of a Firearm

Original Sentence: 30 months' custody and two years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: January 20, 2012

Assistant U.S. Attorney: Braden H. Boucek          Defense Attorney: Dumaka Shabazz

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant

Considered this 12 day of July , 2012,
and made a part of the records in the above case.

_____
Todd J. Campbell
Chief U. S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

_____
Joshua Smith
U.S. Probation Officer

Place          Nashville, Tennessee

Date          July 5, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

1.

**Shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the probation officer:**

Mr. Wilson failed to report and provide a urine sample for random drug screening on June 18, 2012, and June 25, 2012.

The defendant missed substance abuse treatment on June 6, 2012.

2.

**The defendant shall refrain from any unlawful use of a controlled substance:**

Mr. Wilson submitted a urine sample on June 19, 2012, which was confirmed positive for cocaine. He denied use prior to the urine screen on this date. On June 29, 2012, Mr. Wilson admitted to using cocaine approximately six days prior.

**Compliance with Supervision Conditions and Prior Interventions:**

On April 6, 2012, a report was submitted to the Court reporting that Mr. Wilson had submitted two positive urine screens for cocaine and had failed to provide urine screens on four occasions. On June 7, 2012, a report was submitted to the Court reporting that Mr. Wilson failed to provide urine screens on four occasions and missed substance abuse treatment twice. Mr. Wilson has been referred for more intensive treatment through the Intensive Outpatient Program at Centerstone. Mr. Wilson has been verbally admonished for his noncompliance and advised that further violations may result in sanctions by the Court.

Mr. Wilson lost his employment in June due to being a slow dish washer.

**U.S. Probation Officer Recommendation:**

The probation office is requesting that no action be taken by the Court at this time to allow Mr. Wilson to receive more intensive drug treatment.

The U. S. Attorney's Office has been notified and concurs with the above recommendation.

Approved by: _____
                Britton Shelton
                Supervisory U.S. Probation Officer