UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
     )
v.      )    NO. 3:10-00079
     )    JUDGE CAMPBELL
SHANNON WILSON      )

<u>ORDER</u>

Pending before the Court is a Motion to Substitute Counsel (Docket No. 55). The Motion

is GRANTED.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE