UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00079 |
| | ) | JUDGE CAMPBELL |
| SHANNON WILSON | ) | |

## ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 65). Also pending before the Court is Defendant's Agreed Motion to Set Revocation Hearing (Docket No.76).

The Defendant's Agreed Motion (Docket No. 76) is GRANTED.

The Court will hold a hearing on the Petition (Docket No. 65) on March 4, 2013, at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE